IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff.*<br><br>vs.<br><br>CONTINENTAL PROPERTIES COMPANY, INC.,<br><br>*Defendant.* | Case No. 1:21-CV-05061<br><br>Assigned to Judge Charles R. Norgle, Sr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that Plaintiff, Jorge Alejandro Rojas, voluntary dismisses this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). All claims of Plaintiff are hereby dismissed with prejudice.

DATED: October 25, 2021

/s/ Jorge A. Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system and that a copy has been sent to Defendant in this action via e-mail today to John Riordan, Corporate Counsel for Defendant, at jriordan@cproperties.com.

/s/ Jorge A. Rojas
Jorge Alejandro Rojas

1